**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TREVAUGHN COX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO.  09-730-JPG-PMF** |
| | ) | |
| **MICHAEL RENTH, STEVEN SHELBY,** | ) | |
| **and CITY OF MADISON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>JUDGMENT IN A CIVIL CASE</u>**

The Court having received a Stipulation for Dismissal signed by all counsel of record

advising this Court that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without

costs.

DATED:  June 30, 2010

NANCY J. ROSENSTENGEL, Clerk of Court


BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
                             J. PHIL GILBERT
                             U. S. DISTRICT JUDGE